UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Adversarial Case Number: 3:11-ap-00739
Bankruptcy Case Number: 3:11-bk-2456

In Re:
Kevin Wayne Griffin
    Debtor(s)
_____/

In Re:
Kevin Wayne Griffin
    Plaintiff(s),

vs.

Household Finance Corporation III,

    Defendant.
_____/

## DEFAULT

The Defendant, Household Finance Corporation, having been served with summons pursuant to Rule 7004 of the Bankruptcy Rules of Procedure and having failed to serve and answer, motion or other defensive pleading within the time prescribed by law, and the Plaintiff having filed a Motion for Default, a Default in entered against the Defendant, Household Finance Corporation III.

Dated: November 3, 2011

CLERK OF THE BANKRUPTCY COURT
BY: _____
    Deputy Clerk

COPY TO:

John J. Freeman,
Attorney for Plaintiff

Household Finance Corporation III,
Defendant