UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Adversarial Case Number: 3:11-ap-00739
Bankruptcy Case Number: 3:11-bk-2456

In Re:
Kevin Wayne Griffin
    Debtor(s)
_____/

In Re:
Kevin Wayne Griffin
    Plaintiff(s),

vs.

Household Finance Corporation III,
    Defendant.
_____/

## ORDER GRANTING MOTION FOR JUDGMENT BY DEFAULT

This proceeding is before the Court upon entry of Default against Defendant, Household Corporation, for its failure to timely file a responsive pleading or motion to the Complaint served on the Defendant by the Plaintiff.

ORDERED: November 3, 2011 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

**COPIES FURNISHED TO:**

**John J. Freeman, Esquire**
LaBella Law, P.L.
1665 Kingsley Avenue, Suite 108
Orange Park, Florida 32202-3094
Attorney for Plaintiff

**United States Trustee**
135 West Central Boulevard, Suite 620
Orlando, Florida 32801

**Household Finance Corporation III**
Defendant