# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

Adversarial Case Number: 3:11-ap-00739
Bankruptcy Case Number: 3:11-bk-2456

In Re:
Kevin Wayne Griffin
    Debtor(s)
_____/

In Re:
Kevin Wayne Griffin
    Plaintiff(s),

vs.

Household Finance Corporation III,

    Defendant.
_____/

## JUDGMENT

This Judgment is entered after entry of default against Defendant, Household Finance Corporation, on _November 3, 2011_. It is

**ORDERED**:

1. Judgment is entered in favor of Plaintiffs, Kevin Wayne Griffin, and against Defendant, Household Finance Corporation III.

2. The mortgage held by Household Finance Corporation III dated May 8, 2007 is null and void and shall be extinguished automatically, without further Court Order, upon entry of the Debtor's discharge in this Chapter 13 proceeding.

3. The above-mentioned mortgage is recorded in Book 2896, at pages 477 through 483 of the current public records of Clay County, Florida, encumbering Plaintiffs' real property, more particularly described as follows:

    A portion of Section 3, Township 7 South, Range 26 East, Clay County,

Florida, being more particularly described as follows:

For a point of reference, commence at the Southeast corner of said Section 3; thence North 00 degrees 09 minutes 03 seconds West, along the Easterly line of said Section 3, 165.13 feet to the Point of Beginning; thence South 83 degrees 03 minutes 37 seconds West, 674.96 feet; thence North 00 degrees 09 minutes 03 seconds West, 326.26 feet; thence North 83 degrees 16 minutes 48 seconds East, 674.66 feet to an intersection with the said Easterly line of Section 3; thence South 00 degrees 09 minutes 03 seconds East, along said Easterly line, 323.66 feet to the Point of Beginning.

4. If this case is converted to a proceeding under Chapter 7 of the bankruptcy code, or if this Chapter 13 proceeding is dismissed, the mortgage will no longer be void and shall be restored as a secured debt.

DATED: _November 3, 2011 in Jacksonville, Florida._

Jerry A. Funk
United States Bankruptcy Judge

**COPIES FURNISHED TO:**

**John J. Freeman, Esquire**
LaBella Law, P.L.
1665 Kingsley Avenue, Suite 108
Orange Park, Florida 32202-3094
Attorney for Plaintiff

**Household Finance Corporation III**
Defendant

RECORDED IN THE US BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA,
JACKSONVILLE DIVISION
J.B. VOL. 54, NO. 7428